PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 2 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ward David Coble     Case Number: 2:90CR00207-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Court Judge

Date of Original Sentence: 01/04/1991     Type of Supervision:    Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e)     Date Supervision Commenced: 08/22/2005

Original Sentence: Prison - 180 months; TSR - 60 months     Date Supervision Expires: 08/21/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14)    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

### CAUSE

Mr. Coble was sentenced in January 04, 1991, prior to the enactment of the Violent Crime Control and Law Enforcement Act of September 13, 1994, Title XVII, requiring at least three urinalysis submissions during the duration of supervised release.

On August 22, 2005, Mr. Coble was released after serving 180 months imprisonment. Mr. Coble's presentence report suggests a history of illicit substance abuse, however, Mr. Coble disagrees. Mr. Coble has no objection to random urinalysis testing by the U.S. Probation Office in order to substantiate his abstinence from controlled substances.

Respectfully submitted,

by  *[signature]*

Missy K. Kolbe
U.S. Probation Officer
Date: August 31, 2005

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other

Signature of Judicial Officer

Sept. 2, 2005
Date